NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MIKE JOSEPH B. BABSA-AY,**
*Claimant-Appellant,*

v.

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7036

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-2629, Judge Donald L. Ivers.

---

**ON MOTION**

---

**O R D E R**

Mike Joseph B. Babsa-Ay moves for reconsideration of the court's June 6, 2013 order granting the Secretary of Veterans Affairs an extension of time to file his brief.

Rule 27 of this court's Rules provides that a party must file a motion for reconsideration within 14 days from the date of entry of the order. *See* Fed. Cir. R. 27(k)-(l). Because this motion for reconsideration was filed well

BABSA-AY V. SHINSEKI                                                           2

beyond the 14 days after the date of this court's order in question, it is untimely.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied as untimely.


                                        FOR THE COURT


                                         /s/  Daniel E. O'Toole
                                            Daniel E. O'Toole
                                            Clerk

s26